■ BERNARD KAMER et al. v. ITT LIFE INSURANCE COMPANY OF NEW YORK. — Motion for reargument or to modify order of affirmance denied, with $20 costs. The dismissal of the counterclaims is upon the merits. The first counterclaim alleged against Bernard Kamer is not directed against a "third party"; he was a member of the partnership (Parkchester General Hospital) and the partnership was the beneficiary under and entitled to receive the proceeds of the life insurance policy. To allow the maintenance of the counterclaim would defeat the purpose of section 155 (subd. 1, par. [b]) of the Insurance Law. Concur — Eager, J. P., McGivern, McNally, Steuer and Tilzer, JJ.

### (January 28, 1970)

■ In the Matter of LUMUMBA A. SHAKUR et al., Petitioners, v. JOHN M. MURTAGH, as a Justice of the Supreme Court of the State of New York, Respondent.— Application for an order removing Justice JOHN M. MURTAGH from the trial of Indictment No. 1848 1/2-69, and for related relief, unanimously denied and petition dismissed, without costs and without disbursements. The case has been assigned for trial in accordance with the Rules of the Supreme Court for New York and Bronx Counties (part 2, rule II; 22 NYCRR 661.2). We are satisfied that the assignment of all matters preliminary to trial to Mr. Justice MURTAGH by the Administrative Judge was a reasonable exercise of the powers conveyed by section 217 of the Judiciary Law, entirely proper under the circumstances and we approve it. There is no showing of bias or prejudice and petitioners consequently have no standing to object to the procedure followed. Concur — Capozzoli, J. P., McGivern, Nunez and Steuer, JJ.